[No. 10989-5-III. Division Three. January 28, 1993.]

GLENESTER JAMES BORDELL, *Appellant*, v. THE
DEPARTMENT OF LICENSING,
*Respondent*.

Appeal from a judgment of the Superior Court for Grant
County, No. 88-2-00156-8, Jerry M. Moberg, J., entered July
23, 1990. *Affirmed* by unpublished opinion per Thompson,
A.C.J., concurred in by Munson and Sweeney, JJ.

[No. 11805-3-III. Division Three. January 28, 1993.]

HOWARD DON HALL, *Respondent*, v. THE DEPARTMENT
OF LICENSING, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 90-2-03674-4, Richard J. Schroeder, J., entered
July 24, 1991. *Affirmed in part* and *reversed in part* by
unpublished opinion per Munson, J., concurred in by Shields,
C.J., and Sweeney, J.

[No. 11611-5-III. Division Three. January 28, 1993.]

JACK R. HICKS, *Appellant*, v. DORA LEE HICKS,
*Respondent*.

Appeal from a judgment of the Superior Court for Spokane
County, No. 90-2-01316-7, Fred L. Stewart, J., entered April
25, 1991. *Affirmed in part* and *reversed in part* by unpub-
lished opinion per Shields, C.J., concurred in by Munson and
Sweeney, JJ.